ORIGINAL

QUINTANILLA_P.dsm

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
JUN - 4 2002
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 02-00011 |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| PATRICIA T. QUINTANILLA, | |
| Defendant. | |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-entitled action against Defendant PATRICIA T. QUINTANILLA, for the reason that the defendant has been in communication with the government and has indicated a desire to resolve this matter under terms acceptable to the government.

DATED: June 4, 2002, Hagåtña, Guam.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: /s/ Robert W. Pearson
ROBERT W. PEARSON
Assistant U.S. Attorney
Attorneys for the Plaintiff