# United States District Court

## DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
JUN - 7 2002
MARY L. M. MORAN
CLERK OF COURT

## SUMMONS IN A CIVIL ACTION

**UNITED STATES OF AMERICA**

V.

CASE NUMBER: 02-00011

PATRICIA A. QUINTANILLA

TO: (Name and Address of Defendant)

Patricia A. Quintanilla
10-D Lin Drive
Eglin AFB, FL 32542

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

**ROBERT W. PEARSON, SAUSA**
**MARIVIC P. DAVID, AUSA**
**U.S. Attorney's Office**
**Sirena Plaza, Suite 500**
**108 Hernan Cortez Avenue**
**Hagåtña, Guam 96910-5059**

an answer to the complaint which is herewith served upon you, within **Twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L.M. MORAN

CLERK

DATE: **MAY 1 0 2002**

BY DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: *Notice of Dismissal filed June 4, 2002.*

_____

☐ Other (specify): _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          Signature of Server

_____
                    Address of Server



U.S. Department of Justice

*United States Attorney*
*District of Guam*

---

Sirena Plaza, Suite 500
108 Hernan Cortez Avenue          (671) 472-7332
Hagåtña, Guam 96910          FAX (671) 472-7215

June 6, 2002

Mary L.M. Moran
Clerk of Court
U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

**RECEIVED**
JUN - 7 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

       Re:    <u>United States of America vs. Patricia A. Quintanilla</u>
              Civil Case No. 02-00011

Dear Mrs. Moran:

       Please find enclosed the un-executed service of process issued by your office on May 10, 2002 to be served on Patricia A. Quintanilla.

       There have been ongoing communications between the parties to this action. The Defendant has offered to settle this matter. The Government, after weighing the ramifications of its action on the Defendant and the Defendant's military career, agreed to workout this matter without bringing it to a final judgment. It is the Government's understanding that the Defendant, after consulting with the Judge Advocate office at her base, has agreed to take responsibility for the debt incurred to the Government and will voluntarily enter into a "workout" of this matter with the Government.

       Because of the ongoing negotiations the Government did not cause the summons to be served.

       Based on the tentative agreement between the Defendant and the Government, the Government filed a Notice of Voluntarily Dismissal with the Court on June 4, 2002. To establish a proper paper trail concerning the above referenced numbered cause the Government is returning the Summons, un-executed, for the Court's records, and, for the reasons set out above, is requesting said summons be withdrawn.

                Sincerely,

                FREDERICK A. BLACK
                United States Attorney
                Districts of Guam and the NMI

By: _____
                ROBERT W. PEARSON
                Special Assistant U.S. Attorney

Encl.